# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| REPUBLIC GROUP, LLC, MBE CAPITAL PARTNERS, LLC, RAFAEL MARTINEZ, CHELSEA MARTINEZ AND REACHING NEW HEIGHTS, CORP., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, NA AND MERRILL LYNCH, A BANK OF AMERICA COMPANY, JOHN DOES 1-10 AND ABC CORP. 1-10, <br><br> Defendants. | Civil Action No. 20-12081 <br><br> **DEFENDANTS BANK OF AMERICA, N.A. AND MERRILL LYNCH'S NOTICE OF MOTION TO DISMISS COMPLAINT WITH PREJUDICE** <br><br> **Motion Day: December 7, 2020** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on December 7, 2020, or as soon thereafter as the matter may be heard, Defendants Bank of America, N.A. and Merrill Lynch ("BofA"), will move before the Honorable Susan D. Wigenton in Courtroom 5C of the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07102, for entry of an order dismissing Plaintiffs' Complaint with prejudice. This Motion is brought pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on the ground that Plaintiffs have failed to state any claim against BofA on which relief may be granted.

BofA's Motion is based on this Notice, the accompanying memorandum of law, the supporting Declaration of Chris Yuasa and the Exhibit thereto, matters of which judicial notice may be taken, and such other evidence and argument that the Court may receive. A proposed form of Order is also submitted herewith. BofA does not request oral argument.

Dated:  November 9, 2020                    Respectfully submitted,

                        /s/ *Philip S. Rosen*
                        Philip S. Rosen
                        ZEICHNER ELLMAN & KRAUSE LLP
                        33 Wood Ave. South, Suite 110
                        Iselin, New Jersey 08830
                        Tel: (973) 618-9100
                        dchenkin@zeklaw.com
                        prosen@zeklaw.com

                        Enu A. Mainigi (*pro hac vice* admission pending)
                        Kenneth C. Smurzynski (*pro hac vice* admission pending)
                        Craig D. Singer (*pro hac vice* admission pending)
                        Jesse T. Smallwood (*pro hac vice* admission pending)
                        WILLIAMS & CONNOLLY LLP
                        725 Twelfth Street, N.W.
                        Washington, D.C. 20005
                        Tel: (202) 434-5000
                        emainigi@wc.com
                        ksmurzynski@wc.com
                        csinger@wc.com
                        jsmallwood@wc.com

                        *Attorneys for Defendants Bank of America, N.A. and Merrill Lynch*