ZEICHNER ELLMAN & KRAUSE LLP
33 Wood Avenue South, Suite 110
Iselin, New Jersey 08830
(973) 618-9100
PHILIP S. ROSEN
KERRY A. DUFFY
Attorneys for Defendants Bank of America,
N.A. and Merrill Lynch, Pierce, Fenner &
Smith Incorporated, pled as Merrill, Lynch, a
Bank of America Company

Williams & Connolly LLP
Enu A. Mainigi, Esq. (*pro hac vice* pending)
Kenneth C. Smurzynski, Esq. (*pro hac vice* pending)
Craig D. Singer, Esq. (*pro hac vice* pending)
Jesse T. Smallwood, Esq. (*pro hac vice* pending)
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel. (202) 434-5964
Fax: (202) 434-5029

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| REPUBLIC GROUP, LLC, MBE CAPITAL PARTNERS, LLC, RAFAEL MARTINEZ, CHELSEA MARTINEZ AND REACHING NEW HEIGHTS, CORP., <br><br>                     Plaintiffs,<br>v.<br><br>BANK OF AMERICA, N.A. AND MERRILL, LYNCH, A BANK OF AMERICA COMPANY, JOHN DOES 1-10 AND ABC CORP. 1-10 (BEING FICTITIOUS NAMES),<br><br>                     Defendants. | Civil Action No. 2:20-cv-12081-SDW-LDW<br><br>**DECLARATION OF SERVICE** |

PHILIP S. ROSEN declares, pursuant to 28 U.S.C. 1746, under penalties of perjury:

1. I am a partner with Zeichner Ellman & Krause LLP, attorneys for Defendants Bank of America, N.A. and Merrill Lynch, Pierce, Fenner & Smith Incorporated, pled as Merrill, Lynch, a Bank of America Company Bank of America, N.A.

2. On Monday, November 9, 2020, a copy of the within Corrected Memorandum of Law in support of Defendants' Motion to Dismiss Complaint with Prejudice, was served upon Plaintiffs' Attorney Shannon Garrahan, Esq., Law Offices of Shannon Garrahan, P.C., 2 Forest Avenue, Second Floor, Oradell, New Jersey 07649 through electronic filing with the Court.

I hereby declare that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DATED: November 9, 2020

ZEICHNER ELLMAN & KRAUSE LLP
Attorneys for Defendants Bank of America, N.A. and Merrill Lynch, Pierce, Fenner & Smith Incorporated, pled as Merrill, Lynch, a Bank of America Company

By: <u>Philip S. Rosen /s/</u>
PHILIP S. ROSEN

4829-4851-9377, v. 1